No. 326. WARD LUMBER COMPANY, INCORPORATED, PLAIN-

TIFF IN ERROR, *v.* HENDERSON-WHITE MANUFACTURING COMPANY, INCORPORATED.  In error to the Supreme Court of Appeals of the State of Virginia.  October 11, 1909.  Dismissed with costs, on motion of counsel for plaintiff in error.  *Mr. Aubrey E. Strode* for plaintiff in error.  No appearance for defendant in error.

